**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES**                                                                                  **PLAINTIFF**


**V.**                                   **NO. 4:18-CR-00404 LPR**
                                         **NO. 4:19-CR-00600 KGB**


**PATRICK DESHUN WEAVER**                                                        **DEFENDANT**


## ORDER

Before the Court is the motion of the United States to revoke defendant Patrick Weaver's pre-trial release.  Erin O'Leary appeared for the United States and Jordan Tinsley appeared on behalf of defendant Weaver.  Weaver appeared by video teleconference from Pulaski County Detention Facility.  Weaver waived his right to appear in person and consented to the hearing being held by video teleconference.  Weaver admitted to the allegations of pre-trial violations set forth in the supplemental petition.

The Court finds that Weaver has violated his conditions of release as set forth in the supplemental petition, and orders that his conditions of release be modified to require in-patient drug abuse treatment, followed by Chem Free living to include out-patient mental health treatment until otherwise ordered.  The Court is advised that a bed in the appropriate facility will likely not be available until

August, and the facility will not admit patients directly from custody.  Therefore, the Court orders that Weaver be released immediately to his third-party custodian and that he remain in quarantine for at least 14 days before being admitted for in-patient treatment.  The Court further orders that Weaver be tested for COVID-19 with a negative result before being admitted for in-patient treatment.  While Weaver is on release pending admission to in-patient treatment, the conditions of release previously imposed remain in effect.

IT IS SO ORDERED this 22nd day of July, 2020.

_____

UNITED STATES MAGISTRATE JUDGE